UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joseph Young                                ,

       Plaintiff(s),

    v.

Wells Fargo & Company, et al  ,

       Defendant(s).

Case No. 3:24-cv-01380-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Thomas A. Zimmerman, Jr., an active member in good standing of the bar of N.D. Illinois , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Joseph Young in the above-entitled action. My local co-counsel in this case is Alisa Rose Adams , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 277697 .

77 W. Washington St., Ste. 1220, Chicago, IL 60602
MY ADDRESS OF RECORD

(312) 440-0020
MY TELEPHONE # OF RECORD

tom@attorneyzim.com
MY EMAIL ADDRESS OF RECORD

26100 Towne Center Dr., Foothill Ranch, CA 92610
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(949) 200-8755
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

aadams@dannlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6231944 .

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 3/11/2024 _____                          Thomas A. Zimmerman, Jr. _____
                                                          APPLICANT
5

6    ═══════════════════════════════════════════════════════════

7

8                      ORDER GRANTING APPLICATION

9                FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of Thomas A. Zimmerman, Jr. is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: March 11, 2024 _____

16

17   _____

18   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                              2

# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** Thomas A. Zimmerman Jr

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

    DO HEREBY CERTIFY That Thomas A. Zimmerman Jr
was duly admitted to practice in said Court on (09/05/1996)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/04/2023 )

                    Thomas G. Bruton , Clerk,

                    By:  London McGarr
                        Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LONDON MCGARR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 4, 2023