UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH YOUNG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-01380-LJC<br>*Also filed in Case No. 24-cv-01223-AGT*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　　Plaintiff Joseph Young in Case No. 24-cv-01380 listed Case No. 24-cv-01223 as related on his civil cover sheet (ECF No. 1-1).  Both cases are putative class actions that appear to assert overlapping claims against the same defendants.  Case No. 24-cv-01380 is therefore REFERRED sua sponte to the Honorable Alex Tse to determine whether it is related to Case No. 24-cv-01348.  *See* Civ. L.R. 3-12(c).  Any party may file a response supporting or opposing finding the cases related no later than March 18, 2024.  *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

　　　**IT IS SO ORDERED.**

Dated: March 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge